# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Keith, being first duly sworn, hereby depose and state as follows:

1. That your affiant is a Deportation Officer, U.S. Immigration and Customs Enforcement, United States Department of Homeland Security, and a graduate of the Federal Law Enforcement Training Center (FLETC). I have been employed as a federal officer for over twenty-eight years. I have served as a U.S. Border Patrol Agent, a Deputy U.S. Marshal (1811, Criminal Investigator), a Federal Air Marshal, and an Immigration and Customs Enforcement Deportation Officer. I have conducted numerous investigations, including investigations of administrative and criminal violations of the Immigration & Nationality Act (INA).

2. That the information contained in this affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This Affidavit is being submitted for the limited purpose of establishing probable cause to support the arrest of Gilberto RODRIGUEZ-Acosta (hereafter referred to as RODRIGUEZ) and I have not included each and every fact known to me concerning this investigation and have set forth only those facts that I believe are necessary for said purpose.

3. That on or about April 7th, 2026, ICE Officers were contacted by Detective Carl Wilson of the Yancey County Sheriff's Office in North Carolina. Detective Wilson stated that he had encountered RODRIGUEZ at the Pacifico Seafood and Grill in Burnsville, North Carolina and recognized him as a subject that he had previously arrested on a local probation violation in 2022 and who had subsequently been turned over to ICE ERO Greensboro, North Carolina for deportation.

4. That Detective Wilson performed research in the CJLeads law enforcement database and identified RODRIGUEZ as a probation violator he had arrested on June 22nd, 2022, who had been using the alias: Hazen Martinez. RODRIGUEZ (using the AKA: Hazen Martinez) had been convicted on April 29th, 2022, in the Yancey County District Court, Burnsville, NC of Driving While License Revoked (Impaired) under N.C. General Statute 20-28(A1) in consolidated case#s 22CR050011-990 and 21CR701014-990.

5. That the CJLeads database and the North Carolina eCourts Portal further document that RODRIGUEZ (using the AKA: Hazen Martinez) was convicted on September 8th, 2020, in the Yancey County District Court, Burnsville, NC of Driving While Impaired under N.C. General Statute 20-138.1(A) in case# 20CR050291-990 and sentenced to 12 months unsupervised probation.

6. That Detective Wilson requested the cooperation of North Carolina Alcohol Law Enforcement (ALE). ALE special agents are sworn law enforcement officers with statewide jurisdiction and arrest authority. They are authorized to arrest for any crime of violence or breach of peace, but their duties are particularly focused on the enforcement of North Carolina's laws relating to alcohol, tobacco, and gambling. Detective Wilson requested that ALE special agents conduct a spot enforcement check of Pacifico Seafood and Grill as a holder of a State of North Carolina Alcoholic Beverage Control Commission (ABCC) permit.

7. That a special Agent of the ALE conducted a compliance check at Pacifico Seafood and Grill on April 9th, 2026, while wearing an agency issued Body Worn Camera (BWC). Upon review of the special agent's BWC footage, Detective Wilson was able to confirm his initial identification that the individual he had seen in Pacifico Seafood and Grill on April 7th, 2026, was the individual he had previously arrested as Hazen Martinez in 2022.

8. That Detective Wilson forwarded the BWC footage to ICE Supervisory Deportation and Detention Officer (SDDO) Agustin Ramos for comparison to ICE record photos of RODRIGUEZ. SDDO Ramos isolated a screenshot of the subject's face from the BWC footage. Your Affiant and SDDO Ramos compared the screenshot to photos in ICE record databases. Your Affiant and SDDO Ramos both believe that the subject observed by Detective Wilson, that had been captured in the ALE special agent's BWC footage, to be a match with RODRIGUEZ's record photos.

9. That RODRIGUEZ's fingerprints were previously entered into the Integrated Automated Fingerprint Identification System (IAFIS), which is directly connected to the National Crime Information Center (NCIC). The IAFIS system indicated that RODRIGUEZ had been assigned FBI# 29787AC7, SID# NC2100056A, and SID# TX06925200. The NCIC record and other law enforcement indices revealed that the AKA: Hazen Martinez is RODRIGUEZ and that RODRIGUEZ was previously deported from the United States on at least two occasions.

10. That your Affiant reviewed an electronic, databased copy of immigration file A# 096 035 850 related to RODRIGUEZ and discovered the following:

    a. That RODRIGUEZ's true name is Gilberto RODRIGUEZ-Acosta;
    b. That RODRIGUEZ was born in Mexico City, Mexico;
    c. That RODRIGUEZ is a native and citizen of Mexico;
    d. That RODRIGUEZ entered the United States at or near an unknown place on or about an unknown date;
    e. That on June 20th, 2005, an ICE Officer encountered and interviewed RODRIGUEZ as part of the Texas State Institutional Removal Program while RODRIGUEZ was incarcerated with the Texas Department of Criminal Justice;

f. That on July 15th, 2005, RODRIGUEZ was ordered removed from the United States of America pursuant to a Final Administrative Removal Order under section 238(b) of the INA;

g. That on July 25th, 2006, RODRIGUEZ was removed from the United States to Mexico, on foot, through the Brownsville, Texas, Port of Entry.

h. That RODRIGUEZ illegally reentered the United States at or near an unknown place on or about an unknown date;

i. That on June 23rd, 2022, ICE officers encountered RODRIGUEZ at the Yancey County Detention Center, North Carolina and served him with agency form I-871 Notice of Intent/Decision to Reinstate Prior Order;

j. That on July 13th, 2022, RODRIGUEZ was removed from the United States to Mexico through the Atlanta, Georgia Port of Entry via ICE Air Charter Operations (ACO);

k. That RODRIGUEZ illegally reentered the United States at or near an unknown place on or about an unknown date;

11. That on April 9th, 2026, your Affiant conducted automated record checks of immigration indices and was unable to locate any record that RODRIGUEZ was granted permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States after deportation/removal;

12. That on April 9th, 2026, your Affiant submitted a request to Dean Olvera, Supervisor Immigration Service Assistant Records, U.S. Citizenship and Immigration Services (USCIS)/Charlotte for a Certificate of Nonexistence for RODRIGUEZ;

13. That on April 9th, 2026, your Affiant received a Certificate of Nonexistence of Record certifying there are no records of an I-212 (Application for Permission to Reapply for Admission into the United States After Deportation or Removal) for RODRIGUEZ;

14. That there is probable cause to believe that Gilberto RODRIGUEZ-Acosta, having been found in the United States on or about April 15, 2026, after in fact being previously arrested and removed from the United States, and having entered the United States without obtaining permission from the Attorney General of the United States or the designated Secretary of the Department of Homeland Security to reapply for admission into the United States, is in the United States in violation of Title 8 United States Code, Section 1326(a) and (b)(1).

15. That today, April 15th, 2026, at approximately 0745 hours (Eastern Standard Time) your Affiant, SDDO Ramos, Deportation Officer (DO) Eduardo Chavez, Deputy United States Marshal (DUSM) Christopher Kitchens, and other federal law enforcement officers began surveillance near the Pacifico Seafood and Grill in Burnsville, NC.

16. That at approximately 0905 hours a maroon Jeep Commanche wagon entered the parking lot behind the Pacifico Seafood and Grill. DO Chavez had previously witnessed RODRIGUEZ exiting this vehicle in the same parking lot on two other occasions. Members of the surveillance team moved in to block the Jeep Commanche from attempting to exit the parking lot. SDDO Ramos, a native Spanish speaker, gave the driver commands, in Spanish, to keep his hands in view and to exit the vehicle. SDDO Ramos asked the driver his name and the Driver identified himself as Gilberto Martinez. Gilberto Martinez is the name that RODRIGUEZ had been convicted of Indecency With A Child by Sexual Contact under in Texas in 2002. At this time RODRIGUEZ was placed into handcuffs and searched incident to arrest.

17. That your Affiant used the Mobile Fortify application on his government issued cellphone to electronically scan and submit RODRIGUEZ's fingerprints to immigration databases. The Mobile Fortify application returned a positive match to the fingerprints, biometrically identifying the subject in custody as Gilberto RODRIGUEZ-Acosta, Alien# 096 035 850.

Further your affiant sayeth not.

*This affidavit was reviewed by AUSA Don Gast and AUSA David A. Thorneloe.*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Christopher Keith
April 15, 2026
Deportation Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

The Affiant testified under oath to the contents of this Affidavit, this the 15th Day of April, 2026.

12:50 PM

W. Carleton Metcalf
United States Magistrate Judge
Western District of North Carolina